IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-73-1H

UNITED STATES OF AMERICA,

v.

GABINO VILLANUEVA-RAYGOZA,
    Defendant.

**ORDER**

This matter is before the court on the court's own motion. Defendant has filed an Expedited Motion for Declaratory Relief or Alternatively for an Immigration Departure, [DE #46, #47, #48], and the government is directed to respond to defendant's motion, within 21 days of the filing of this order.

This 4th day of April 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35